**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| **Peter C. Largent and** | : | Case Number: 18- 21923 jjt |
| **Mylene N. Largent** | | |
| Debtor(s) | : | January 4, 2019 |

**CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 4th day of January, 2019, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail/or Certified Mail/Return Receipt Requested on the parties listed in section 2 below.

**1.** <u>Documents Served:</u>

 1. Motion
 2. Proposed Order

**2.** <u>Parties Served Via First Class Mail:</u>

 1. Peter and Mylene Largent
    22 Drury Lane
    New Britain, CT 06053

 2. See Attached List of Creditors

Dated: January 4, 2018

/s/ Jonathan G. Cohen
Jonathan G. Cohen
Attorney for Debtor

**Peter C. Largent and Mylene N. Largent**  Case Number: 18- 21923 jjt

## List of Creditors Served:

American Adjustment Bureau
73 Field Street
Attn: President or CEO
Waterbury, CT 06702

American Express
P.O. Box 297879
Attn: President or CEO
Ft. Lauderdale, FL 33329-7879

Berchem Moses PC
75 Broad St
Milford, CT 06460

Capital One
PO Box 30281
Attn: President or CEO
Salt Lake City, UT 84130

Capital One Auto Finance
Email:
ecfnotices@ascensioncapitalgroup.com

City of New Britain
Water/Sewer
27 West Main Street
New Britain, CT 06051

Comenity Bank - Bankr Dept
P.O. Box 182125
Attn: President or CEO
Columbus, OH 43218-2125

Cornerstone/Dept of Ed
Attn: President or CEO
PO Box 145123
Salt Lake City, UT 84114

Credit One Bank
PO Box 98872
Attn: President or CEO
Las Vegas, NV 89193-8872

Eversource
PO Box 270
Attn: President or CEO
Hartford, CT 06141-0270

Freedom Mortgage Corporation
Interstate Commerce Center
Building 9, Suite 200
Norfolk, VA 23502

Genesis FS Card
Attn: President or CEO
PO Box 84049
Columbus, GA 31908-4049

ICS Systems
P.O. Box 64378
Attn: President or CEO
St. Paul, MN 55164

McCalla Raymer Leibert Pierce
50 Weston Street
Hartford, CT 06120

Merrick Bank
Attn: President or CEO
PO Box 9201
Old Bethpage, NY 11804

Portfolio Recovery Assoc
Attn: President or CEO
120 Corporate Blvd
Norfolk, VA 23502

LVNV Funding, LLC
c/o Resurgent Capital Services
Email: askbk@resurgent.com

TBOM Retail
Attn: President or CEO
PO Box 4499
Beaverton, OR 97076