**Fill in this information to identify the case:**

Debtor 1   Peter C. Largent

Debtor 2   Mylene N. Largent
(Spouse, if filing)

United States Bankruptcy Court for the: _____   District of   CONNECTICUT
                                                                          (State)

Case number   18-21923

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor:   FREEDOM MORTGAGE CORPORATION   Court claim no. (if known)   12

Last four digits of any number you use to identify the debtors' account:   XXXXXX9354

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?
☐ No
☒ Yes.   Date of the last notice:   July 27, 2020

## Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney fees | 1/18/2024 | (3) | $ 1,050.00 |
| 4. Filing fees and court costs | 1/18/2024 | (4) | $ 199.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Peter C. Largent | Case number (*if known*) | 18-21923 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Linda  St. Pierre          Date  04/03/2024
   Signature

Print: Linda    St. Pierre    Title  Authorized Agent
       First Name    Middle Name    Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number    Street
          Roswell          GA          30076
          City             State       ZIP Code

Contact phone   860-240-9156          Email   Linda.St.Pierre@mccalla.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **In re:** | ) |
| | ) **Case No.** 18-21923 |
| Peter C. Largent | ) **Chapter** 13 |
| Mylene N. Largent | ) |
| | ) **JUDGE:** James J. Tancredi |
| | ) |

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Attorney Fees | | | $1,050.00 |
| 01/18/2024 | Preparation of Motion for Relief | $1,050.00 | |
| Filing Fees and Court Costs | | | $199.00 |
| 01/18/2024 | Filing of Motion for Relief | $199.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:          **$1,249.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

|  |  |
|---|---|
| In Re:<br>  Peter C. Largent<br>  Mylene N. Largent | Bankruptcy Case No.: 18-21923<br>Chapter: 13<br>Judge: James J. Tancredi |

CERTIFICATE OF SERVICE

I, Linda St. Pierre, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Peter C. Largent
22 Drury Lane
New Britain, CT 06053

Mylene N. Largent
22 Drury Lane
New Britain, CT 06053

Jonathan G. Cohen                           *(Served via ECF at jgcohen@yahoo.com)*
2 Congress Street
Hartford, CT 06114

Roberta Napolitano                          *(Served via ECF at notices@ch13rn.com)*
Chapter 13 Trustee
10 Columbus Boulevard
Ste 6th Floor
Hartford, CT 06106

U. S. Trustee                               *(Served via ECF at USTPRegion02.NH.ECF@USDOJ.GOV)*
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  04/11/2024      By:   /s/Linda St. Pierre
                (date)              Linda St. Pierre
                                    Authorized Agent for Freedom Mortgage Corporation