Certificate Number: 15317-CT-DE-038391878

Bankruptcy Case Number: 18-21923



15317-CT-DE-038391878

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 18, 2024, at 8:06 o'clock AM PDT, Mylene Largent completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Connecticut.

Date:  April 18, 2024

By:  /s/Jennieca Laud

Name:  Jennieca Laud

Title:  Credit Counselor